UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

CIVIL ACTION NO. 5:18cv81

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CLERK'S ENTRY OF DEFAULT |
| ) | |
| APPROXIMATELY $21,500 IN FUNDS ) | |
| SEIZED FROM BRANDEN LEE CARTER ) | |
| ) | |

THIS CAUSE COMING BEFORE THE COURT for Entry of Default by the Clerk pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and upon the Motion of the Plaintiff. It appearing from the Plaintiff's Motion and from the record, including the Court's file that no person has filed a claim and Answer in this matter, and the time for doing so has expired.

NOW THEREFORE, Default is entered against all persons in the world as to this action

Signed: September 13, 2018

Frank G. Johns, Clerk
United States District Court