UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:18-cv-00081-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | **DEFAULT JUDGMENT** |
| | ) | |
| **APPROXIMATELY $21,500 IN FUNDS,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** having come before the Court upon the government's Motion for Entry of Default Judgment (#8). Review of the pleadings reveals the Clerk of Court has previously entered Default, that Notice of the proceeding has been provided in accordance with law, that no claims against Defendant have been made within the time allowed, that the requested Default Judgment is for a sum certain, and that the United States of America is now entitled to all right, title, and interest in the Defendant funds, the Court enters the following Default Judgment.

**DEFAULT JUDGMENT**

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that the government's Motion for Entry of Default Judgment (#8) is **GRANTED** and **DEFAULT JUDGMENT** is **ENTERED** in favor of the United States of America and against the defendant **APPROXIMATELY $21,500 IN FUNDS,** providing that all right, title, and interest of all persons in the world in or to the **APPROXIMATELY $21,500 IN FUNDS** seized from Branden

Lee Carter is hereby forfeited to the United States of America, and no other right, title, or interest shall exist therein.

Signed: November 2, 2018

Max O. Cogburn Jr.
United States District Judge